616

Rico, and *Nathan R. Margold* for petitioner.  *Messrs. J. Henri Brown* and *Walter L. Newson, Jr.* for respondent.

No. 217.  BAILEY *v.* SEARS, ROEBUCK & Co.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  The CHIEF JUSTICE took no part in the consideration and decision of this application.  *Mr. John F. Reilly* for petitioner. *Messrs. Stephen H. Philbin* and *Clyde A. Norton* for respondent.

No. 72.  MORTIMER *v.* UNITED STATES.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.  *Messrs. John T. Dooling, Theodore Kiendl,* and *Christopher S. Sargent* for petitioner.  *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost,* and *W. Marvin Smith* for the United States.

No. 192.  SIMONS ET AL. *v.* UNITED STATES.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.  *Mr. Mark L. Herron* for petitioners.  *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.